**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GWINNETT COUNTY NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF REGISTRATION AND ELECTIONS, et al.<br><br>Defendants. | Civil Action<br>Case No. ___________________ |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED CONSIDERATION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and for the reasons set forth in Plaintiffs' Memorandum of Law in Support, Plaintiffs Gwinnett County NAACP, Georgia State Conference of the NAACP, and Georgia Coalition for the Peoples' Agenda (collectively, "Plaintiffs") respectfully move the Court for a temporary restraining order and a preliminary injunction requiring the Defendants, Gwinnett County Board of Registration and Elections, and its members John Mangano, Stephen Day, Ben Satterfield, Beauty Baldwin and Alice

O'Lenick, and Gwinnett County Commissioners, Ben Ku, Marlene Fosque, Tommy Hunter, Charlotte Nash, and Jace Brooks (collectively the "Gwinnett County Board of Commissioners"), to take the necessary steps to reinstate early voting at satellite locations during the first week of early voting for the March 2020 primary, to ensure Gwinnett County voters do not have to wait for hours in line, or are turned away when they attempt to vote during the first week of early voting for the March 2020 primary election.

Plaintiffs respect that, pending final judgment of this case on the merits, this Court order that:

1. Defendants Gwinnett BORE and its members reinstate early voting for the March 2020 primary election for the week beginning on March 2 at seven satellite locations in Gwinnett County: including (i) Bogan Park Community Recreation Center, 2723 North Bogan Road, Buford; (ii) Dacula Park Activity Building, 2735 Old Auburn Avenue, Dacula; (iii) George Pierce Park Community Recreation Center, 55 Buford Highway, Suwanee; (iv) Lenora Park Gym, 4515 Lenora Church Road, Snellville; (v) Lucky Shoals Park Recreation Center, 4651 Britt Road, Norcross; (vi) Mountain Park Activity Building, 1063 Rockbridge Road, Stone

Mountain; (vii) Shorty Howell Park Activity Building, 2750 Pleasant Hill Road, Duluth;

2. Defendants Gwinnett County Board of Commissioners release the necessary money from Gwinnett County's 2020 contingency fund for the additional week of early voting at satellite locations;
3. Defendants Gwinnett BORE and its members, and Gwinnett County Board of Commissioners post notice of the additional early voting opportunities prominently on the Gwinnett County and Gwinnett BORE's websites and inform media outlets of the same; and
4. Defendants Gwinnett BORE and its members provide for a sufficient number of paper ballots at all early voting locations so that voting can continue in the event voting machines are unavailable or become inoperable during the first week of early voting.

Pursuant to Rule 7.1A of the Local Rules of the Northern District of Georgia, Plaintiffs filed with their original motion a brief citing the legal authorities supporting the motion and the facts relied upon.

Plaintiffs request expedited consideration of this emergency motion for a temporary restraining order and preliminary injunction pursuant to Local Rule 7.2(B). Expedited consideration is necessary because early voting for the March

2020 primary is set to begin on Monday, March 2, 2020. Plaintiffs seek to ensure that voters in Gwinnett County have access to satellite locations for early voting at that time, to prevent potential disenfranchisement.

Respectfully submitted this 27th day of February, 2020.

By: ***/s/ Jennifer B. Dempsey***
Jennifer B. Dempsey
Georgia Bar No. 217536
Julia Fenwick Ost
Georgia Bar No. 940532
E-Mail: julia.ost@bclplaw.com
Bryan Cave Leighton Paisner LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Email: Jennifer.Dempsey@bclplaw.com

***/s/ John Powers***
John Powers
Attorney for Plaintiffs
*Pro hac vice* application forthcoming
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8389
Email: jpowers@lawyerscommittee.org

*Counsel for Plaintiffs*

**LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I certify that this pleading has been prepared with Times New Roman font, 14 point, as approved by the Court in L.R. 5.1(C), N.D. Ga.

*/s/ Jennifer B. Dempsey*
Jennifer B. Dempsey
Georgia Bar No. 217536
Julia Fenwick Ost
Georgia Bar No. 940532
E-Mail: julia.ost@bclplaw.com
Bryan Cave Leighton Paisner LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Email: Jennifer.Dempsey@bclplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Jennifer B Dempsey*
Jennifer B. Dempsey