# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY NAACP, as an organization; GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; and GEORGIA COALITION FOR THE PEOPLES' AGENDA, INC., as an organization;<br><br>    Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF REGISTRATION AND ELECTIONS; JOHN MANGANO, STEPHEN DAY, BEN SATTERFIELD, BEAUTY BALDWIN, and ALICE O'LENICK in their official capacities as members of the Board of Registration and Elections; BEN KU, MARLENE FOSQUE, TOMMY HUNTER, CHARLOTTE NASH, AND JACE BROOKS, in their official capacities as Gwinnett County Commissioners;<br><br>    Defendants. | Civil Action<br>Case No. _____<br><br>**EXPEDITED TREATMENT REQUESTED** |

## PLAINTIFFS' PROPOSED ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

This matter having been opened by Plaintiffs by way of Motion for

Temporary Restraining Order and Preliminary Injunction, and the Court having

601711588.1

reviewed the submissions of the parties and having heard oral argument, and having concluded that Plaintiffs have a likelihood of success on the merits, that the harm alleged is irreparable, that the balance of the equities favors Plaintiffs, and that the relief requested by Plaintiffs is in the public interest, it is on this _____ day of March 2020:

**ORDERED** that:

1. Defendants Gwinnett County Board of Registration and Elections (BORE), and its members reinstate early voting for the March 2020 primary election for the week beginning on March 2 at seven satellite locations in Gwinnett County: including (i) Bogan Park Community Recreation Center, 2723 North Bogan Road, Buford; (ii) Dacula Park Activity Building, 2735 Old Auburn Avenue, Dacula; (iii) George Pierce Park Community Recreation Center, 55 Buford Highway, Suwanee; (iv) Lenora Park Gym, 4515 Lenora Church Road, Snellville; (v) Lucky Shoals Park Recreation Center, 4651 Britt Road, Norcross; (vi) Mountain Park Activity Building, 1063 Rockbridge Road, Stone Mountain; (vii) Shorty Howell Park Activity Building, 2750 Pleasant Hill Road, Duluth;

2. Defendants Gwinnett County Board of Commissioners release

601711588.1

the necessary money from Gwinnett County's 2020 contingency fund for the additional week of early voting at satellite locations;

3. Defendants Gwinnett BORE and its members, and Gwinnett County Board of Commissioners post notice of the additional early voting opportunities prominently on the Gwinnett County and Gwinnett BORE's websites and inform media outlets of the same; and,

4. Defendants Gwinnett BORE and its members provide for a sufficient number of paper ballots at all early voting locations so that voting can continue in the event voting machines are unavailable or become inoperable during the first week of early voting.

_____
Steven D. Grimberg
United States District Court Judge

_____
Date

***Prepared by counsel for plaintiffs:***
***/s/ Jennifer B. Dempsey***
Jennifer B. Dempsey
Georgia Bar No. 217536
Bryan Cave Leighton Paisner LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Email: Jennifer.Dempsey@bclplaw.com