# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GWINNETT COUNTY NAACP, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF REGISTRATIONS AND ELECTIONS, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br><br>CASE NO.<br>1:20-cv-00912-SDG |

Pursuant to 28 U.S.C. § 1746, I, Lynn Ledford, make the following declaration:

1.

My name is Lynn Ledford. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. I am giving this declaration based on my personal knowledge.

2.

I am a Division Director for Gwinnett County, Georgia. In my role, I oversee the Department of Registration and Elections/Directora de Elecciones, where I previously served as the director from 2002-2019. As the

Director for 17 years, I have extensive knowledge of the workings of the Department and maintain involvement in its operations. The Registration and Elections Office has a professional staff, which ranges in size between 14-20 fulltime employees and a number of part-time employees, as needed. It oversees the equipment needs for Gwinnett County's 156 voting precincts; recruiting and hiring 312 poll managers and 600-2500 poll workers for every election; arranging for the State's new Ballot-Marking Devices (BMDs) to the 156 precincts; supervising all aspects of early voting and absentee ballots, which began as early as February 4, 2020 for this year's Presidential Preference Primary; and supervising all aspects of the General Primary/Nonpartisan General Election and general elections (and runoffs, if any).

3.

Gwinnett County has more than 550,000 active registered voters.

4.

Gwinnett County provides the state-mandated three weeks of early voting prior to federal and state elections. Although the state law requires only one location per county, Gwinnett County historically opened multiple satellite locations to make it easier for its citizens to vote.

5.

In 2016, Gwinnett County utilized one location for the first week of early voting (the main elections office), the main location and one satellite location for the second week of early voting, and seven total locations for the third week of early voting.

6.

After seeing the overwhelming popularity of early voting, in 2018, Gwinnett County utilized one location for the first week of early voting (the main elections office) and six satellite locations in addition to the main office location for the second and third weeks of early voting. It used the same design for the MARTA Transit Referendum in 2019, with six satellite locations for the last two weeks of voting.

7.

In 2020, the Gwinnett Board of Registrations and Elections ("BORE") submitted a budget request outside of the regular budget process to fund six satellite locations for all three weeks of early voting. The Gwinnett County Commission must approve all of the expenditures.

8.

On February 4, 2020, the Gwinnett County Commission voted to utilize the same early-voting schedule as in previous years, with one week at the

main elections office from 7am to 7pm including Saturday and Sunday, then the next two weeks with six satellite locations open from 7am to 7pm, including Saturdays and Sundays. This approach provides more hours of early voting opportunities than Gwinnett County has ever provided. A copy of the Board of Commissioners Agenda Request is attached as Ex. A to this Declaration.

9.

The days and times for early voting in 2020 have been advertised publicly throughout Gwinnett County. Those advertisements consistently notify voters that, from March 2 through March 20, early voting will be available at the main elections office. And that from March 9 through March 20, early voting will be available at the six satellite locations.

10.

Several of the satellite locations are not yet ready for use. The State's new BMDs require more electrical capacity than the prior machines. As a result, county technicians are still upgrading several circuits in some of the satellite facilities. Those circuits and facilities will be ready on March 9, but are not ready today.

11.

Opening all six satellite locations requires 364 pollworkers. The BORE currently has pollworkers ready to start at the satellite locations on March 9 but has made no provision for pollworkers outside of the main office during the week of March 2.

12.

Opening all six satellite locations requires the delivery of 105 BMDs. The machines are ready, but the BORE has not planned to deliver those units and the additional electrical work means that some locations would not be ready to open on March 2 even if the machines were delivered.

13.

I understand Plaintiffs suggest we can begin early voting using paper ballots. But that approach still requires the delivery of the large ballot box/scanners to each location and we have not yet printed a sufficient supply of ballots for six satellite locations this week. We have a sufficient quantity for the one location we planned to have open, but have been unable to determine whether we could print a sufficient number of paper ballots as required by law to open a facility.

14.

Presidential Preference Primaries historically have dramatically lower turnout than general elections. In the 2018 general election, 314,918 Gwinnett County voters voted for Governor. In the 2016 general election, 325,636 Gwinnett County voters voted for Governor. In sharp contrast, the 2016 Presidential Preference Primary where both parties had contested primaries, the total number of voters in Gwinnett County was 156,135. In the last Presidential Preference Primary where, like this year, only one party has a contested primary (2012), the total number of voters in Gwinnett County was 79,622.

15.

Our BORE offices have been renovated since the 2018 elections, with a design that allows voters to stand in line more easily without having to wait under a tent. We believe this change will significantly help the waiting experience for Gwinnett voters.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March, 2020.

___________________________

Lynn Ledford

# EXHIBIT A

# Gwinnett County Board of Commissioners Agenda Request

| GCID # | Group With GCID #: |
|---|---|
| 20200184 | |

☐ Grants ☐ Public Hearing

| | | | |
|---|---|---|---|
| Department: | Commissioners | Date Submitted: | 02/04/2020 |
| Working Session: | 02/04/2020 Business Session: 02/04/2020 | Public Hearing: | |
| Submitted By: | Diane Kemp | Multiple Depts? | |
| Agenda Type | Approval | | |
| Item of Business: | | Locked by Purchasing | No |

of the attached Advance Voting schedule for the March 24 Presidential Preference Primary for the Voter Registrations and Elections Office and Satellite locations.

| | |
|---|---|
| Attachments | Schedule |
| Authorization: Chairman's Signature? | No |
| Staff Recommendation | |
| Department Head | |
| Attorney | |
| Agenda Purpose Only | |

## Financial Action

| Budgeted | Fund Name | Current Balance | Requested Allocation | Director's Initials |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| Finance Comments | | FinDir's Initials |
|---|---|---|
| | | |

☐ Budget Adjust ☐ Grand Jury

## County Clerk Use Only

PH was Held? ☐

| | |
|---|---|
| Working Session | Discussion |
| Action | Approved |
| Tabled | |
| Motion | Brooks |
| 2nd by | Fosque |

Vote: 5-0; Nash-Yes; Brooks-Yes; Ku-Yes; Hunter-Yes; Fosque-Yes

Gwinnett

GWINNETT COUNTY
GOVERNMENT

75 Langley Drive | Lawrenceville, GA 30046-6935
770.822.8000 | www.gwinnettcounty.com

## Advance Voting Schedule for the March 24 Presidential Preference Primary

- Voter Registrations and Elections Office, 455 Grayson Hwy, Suite 200, Lawrenceville
  March 2 – March 20, 7:00am to 7:00pm

- Satellite Locations
  March 9 – March 20, 7:00am – 7:00pm
  - Bogan Park Community Recreation Center, 2723 North Bogan Road, Buford
  - Dacula Park Activity Building, 2735 Old Auburn Avenue, Dacula
  - George Pierce Park Community Recreation Center, 55 Buford Highway, Suwanee
  - Lenora Park Gym, 4515 Lenora Church Road, Snellville
  - Lucky Shoals Park Recreation Center, 4651 Britt Road, Norcross
  - Mountain Park Activity Building, 1063 Rockbridge Road, Stone Mountain
  - Shorty Howell Park Activity Building, 2750 Pleasant Hill Road, Duluth

- Election Day Voting – Presidential Preference Primary
  - Precincts
    March 24 (Date set by the State), 7:00 am – 7:00pm

## VII. Old Business

### 1. Commissioners

**2020-0095 Approval** to fill the unexpired term of Carla Brown to the Gwinnett Animal Control Hearing Board. Member serves a one-year term beginning August 1st of each year, and member may be removed by a majority vote of the Board of Commissioners at any time. District 3/Hunter (Tabled on 02/04/2020) (Tabled to 03/03/2020) {Action: Tabled Motion: Hunter Second: Fosque Vote: 5-0; Nash-Yes; Brooks-Yes; Ku-Yes; Hunter-Yes; Fosque-Yes}

### 2. Planning & Development/Kathy S. Holland

**2019-1288 RZM2019-00014,** Applicant: Mason Family Management Company, LLC, Owner: Joffe Athens Highway, LLC, Rezoning of Tax Parcel Nos. R5126 142 and R5131 003, C-2 to RM-24; Apartments (Buffer Reduction), 600 Block of Athens Highway and 3000 Block of Wellbrook Drive, 18.42 Acres. District 3/Hunter[Planning Department Recommendation: Approve with Conditions As RM-13][Planning Commission Recommendation: Approve with Conditions As - RM-24] {Action: Approved with Change Motion: Hunter Second: Brooks Vote: 5-0; Nash-Yes; Brooks-Yes; Ku-Yes; Hunter-Yes; Fosque-Yes}

## VIII. New Business

### 1. Commissioners

**2020-0146 Approval** to fill the unexpired term of Brad Cox from the Gwinnett County Stormwater Authority, Seat 1. Term expires December 31, 2021. District 1/Brooks (Tabled on 02/04/2020) (Tabled to 03/03/2020) {Action: Tabled Motion: Brooks Second: Hunter Vote: 5-0; Nash-Yes; Brooks-Yes; Ku-Yes; Hunter-Yes; Fosque-Yes}

**2020-0184 Approval** of the attached Advance Voting schedule for the March 24 Presidential Preference Primary for the Voter Registrations and Elections Office and Satellite locations. {Action: Approved Motion: Brooks Second: Fosque Vote: 5-0; Nash-Yes; Brooks-Yes; Ku-Yes; Hunter-Yes; Fosque-Yes}