IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWINNETT COUNTY NAACP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GWINNETT COUNTY BOARD OF<br><br>REGISTRATION AND ELECTIONS, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00912-SDG |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Gwinnett County NAACP, as an organization, Georgia State Conference of the NAACP, as an organization, and Georgia Coalition for the Peoples' Agenda, Inc., as an organization, hereby file this notice of voluntary dismissal of this above-captioned action *without prejudice*.

Respectfully submitted this 9th day of March, 2020.

**/s/ Jennifer B. Dempsey**
Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bclplaw.com
Julia Fenwick Ost

Georgia Bar No. 940532
julia.ost@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, Georgia 30309
Tel: 404-572-6600
Fax: 404-572-6999

**/s/ Ezra Rosenberg**
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8300
Email: erosenberg@lawyerscommitee.org

**/s/ Julia Houk**
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8391
Email: jhouk@lawyerscommitee.org

**/s/ John Powers**
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8389
Email: jpowers@lawyerscommitee.org

*Counsel for Plaintiffs*

**Local Rule 7.1(D) Certification of Compliance**

I hereby certify that the foregoing pleading has been prepared with Times New Roman font, 14 point, one of the font and point selections approved by the Court in L.R. 5.1(C), N.D. Ga.

*/s/ Jennifer B. Dempsey*
Jennifer B. Dempsey
Georgia Bar No. 217536

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/ Jennifer B. Dempsey*

Jennifer B. Dempsey
Georgia Bar No. 217536
jennifer.dempsey@bclplaw.com
Bryan Cave Leighton Paisner LLP
One Atlantic Center, Fourteenth Floor
1201 W. Peachtree St., NW
Atlanta, Georgia 30309-3488
Tel: 404-572-6600
Fax: 404-572-6999

*Counsel for Plaintiffs*